IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 5 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA )
)
VS. )  CASE NO. 3:07-CR-353-P(1)
)
ADAM ALCANTAR YANEZ )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**ADAM ALCANTAR YANEZ**, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **ADAM ALCANTAR YANEZ** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **ADAM ALCANTAR YANEZ** be adjudged guilty and have sentence imposed accordingly.

Date: February _25_, 2009.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).